# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON HALLETT,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**OFFICER JOHN DOE,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 16-5274** |

## O R D E R

**AND NOW**, this 5th day of November, 2019, **UPON CONSIDERATION OF** Plaintiff's Motion for Default Judgment (ECF 10), Plaintiff's motion is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED THAT** Plaintiff's case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**